UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA ORDAZ, | No. 2:14-cv-00564-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| BANK OF AMERICA, et al., | |
| Defendants. | |

Presently before the Court is a motion by Defendants Bank of America, N.A.; The Bank of New York Mellon, fka The Bank of New York as Trustee for the Certificate Holders of CWABS 2004-BC1; and ReconTrust Company, N.A. ("Defendants") to dismiss for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion").  ECF No. 8.  Plaintiff did not file an opposition or statement of non-opposition to the Motion.

Pursuant to Local Rule 78-230(c), opposition, if any, to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.  A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect.  Id.  The hearing on Defendants' Motion was set for October 2, 2014.  Fourteen (14) days prior to the hearing was September 18, 2014.

///

1

1  Because oral argument would not assist the Court, the matter was submitted on
2  the briefs pursuant to Eastern District Local Rule 230(g), and the October 2, 2014,
3  hearing on the Motion was vacated.  See ECF No. 14.  In light of Plaintiff's failure to file
4  an opposition, Defendants' Motion to Dismiss, ECF No. 8, is GRANTED WITH LEAVE
5  TO AMEND.  Plaintiff's claims against Defendant Encore Credit Corporation, which has
6  not appeared or challenged the pleadings in this case, are similarly DISMISSED WITH
7  LEAVE TO AMEND.  See Abagninin v. AMVAC Chem. Corp., 545 F.3d 733, 742-43 (9th
8  Cir. 2008).
9  Plaintiff may file an amended complaint not later than twenty (20) days after the
10  date this Order is filed electronically.  If no amended complaint is filed within said twenty
11  (20) day period, without further notice to the parties, Plaintiff's claims will be dismissed
12  without leave to amend.
13  IT IS SO ORDERED.
14  Dated:  October 1, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT