UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LYDIA ORDAZ,

        Plaintiff,

    v.

BANK OF AMERICA, N.A., et al.,

        Defendants.

No.  2:14-cv-00564-MCE-KJN

**ORDER**

On February 26, 2014, Lydia Ordaz ("Plaintiff") filed a complaint against Bank of America, N.A. ("Bank of America"); The Bank of New York Mellon, fka The Bank of New York as Trustee for the Certificate Holders of CWABS 2004-BC1 ("Mellon"); ReconTrust Company, N.A. ("ReconTrust"); and Encore Credit Corporation ("Encore") (collectively "Defendants").  ECF No. 1.  On August 11, 2014, Bank of America, Mellon, and ReconTrust moved to dismiss the complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  ECF No. 8.  In violation of Eastern District Local Rule 78-230(c), Plaintiff failed to file an opposition or statement of non-opposition to the motion.  Accordingly, the Court granted the motion to dismiss with leave to amend. ECF No. 15.  The Court also dismissed with leave to amend Plaintiff's claims against Encore, which had neither appeared nor challenged the pleadings.  Id. (citing Abagninin v. AMVAC Chemical Corp., 545 F.3d 733, 742-42 (9th Cir. 2008)).

1        On October 21, 2014, Plaintiff timely filed the operative First Amended Complaint

2   against the same four defendants.  ECF No. 16.  Bank of America, Mellon, and

3   ReconTrust again filed a Rule 12(b)(6) Motion to Dismiss ("Motion"), ECF No. 20, as well

4   as a request that the Court take judicial notice of a trustee's deed upon sale, ECF

5   No. 18.  Plaintiff did not file an opposition or statement of non-opposition to the Motion

6   and thus once again has violated Local Rule 78-230(c).

7        Because oral argument would not assist the Court, the matter was submitted on

8   the briefs pursuant to Local Rule 230(g), and the December 18, 2014, hearing was

9   vacated.  ECF No. 23.  In light of Plaintiff's failure to file an opposition, the Motion to

10  Dismiss, ECF No. 20, is GRANTED.  Moreover, because Plaintiff twice has failed to

11  oppose a Rule 12(b)(6) motion to dismiss, her claims against all Defendants are

12  DISMISSED WITHOUT LEAVE TO AMEND.  The Request for Judicial Notice, ECF

13  No. 18, is DENIED AS MOOT.

14       IT IS SO ORDERED.

15  Dated:  December 22, 2014

16

17

18  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE

19  UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28